IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| CHRISTINA BUSH and JOSEPH BUSH, in their own right and as parents of their infant daughter A.B., <br><br> Plaintiffs, <br><br> vs. <br><br> LUDLOW COMMUNITY CONSOLIDATED SCHOOL DISTRICT 142; HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS; QUALITY NETWORK SOLUTIONS, INC. BENEFIT PLAN; AETNA LIFE INSURANCE COMPANY; PEDIATRIC FACULTY FOUNDATION, INC.; SILVER CROSS HOSPITAL AND MEDICAL CENTERS; and VISION FINANCIAL RECOVERY, INC., <br><br> Defendants. | Case No. 1:21-cv-04591 |

## STIPULATION FOR DISMISSAL

Plaintiffs Christina Bush and Joseph Bush (collectively "Plaintiffs") and Defendants Ludlow Community Consolidated School District 142, Health Care Service Corporation, d/b/a Blue Cross Blue Shield of Illinois; Quality Network Solutions, Inc. Benefit Plan; Aetna Life Insurance Company; Pediatric Faculty Foundation, Inc; Silver Cross Hospital and Medical Centers; and Vision Financial Recovery, Inc. (collectively "Defendants"), by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiffs' claims against Defendants with prejudice and without costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

/s/Carly Roman
Daniel A. Edelman
Tara L. Goodwin
Carly M. Roman
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603-1824
(312) 739-4200
Email address for service:
courtecl@edcombs.com
*Attorneys for Plaintiffs*

/s/ Steven Hamilton
Steven David Hamilton
**Reed Smith LLP**
10 South Wacker Drive
40th Floor Chicago, IL 60606
(312) 207-1000
Email: shamilton@reedsmith.com
*Attorneys Defendant for Health Care Service Corporation*

/s/ Ellen Lueking
Ellen Denis Lueking
**Miller, Tracy, Braun, Funk & Miller, LTD.**
316 S. Charter St. Po Box 80
Monticello, IL 61856
(618) 367-1731
Email: elueking@millertracy.com
*Attorneys for Defendant Ludlow Community Consolidated School District 142*

/s/ Brian Eck
Brian Eck
**Featherstun, Gaumer, Stocks, Flynn & Eck, LLP**
101 S. State Street Suite 240
Decatur, IL 62523
Phone: 217-429-4453
Fax: 217-425-8892
*Attorneys for Defendant Quality Network Solutions, Inc. Benefit Plan*

/s/ James M. Bream
James M. Bream
Thomas Charles Koessl
**L&G Law Group, LLP**
175 West Jackson Boulevard
Suite 950
Chicago, IL 60604
(312) 364-2500
Email: tkoessl@lowis-gellen.com
*Attorneys for Defendant Silver Cross Hospital*

/s/ Craig A. Jacobson
Craig A. Jacobson
**Gordon & Rees LLP**
One North Franklin
Suite 800
Chicago, IL 60606
(312) 980-6784
Email: craig.jacobson@gordonrees.com
*Attorneys for Defendant Aetna Life Insurance Company*

## **CERTIFICATE OF SERVICE**

      I, Carly Roman, certify that on Wednesday, April 13, 2022, I caused the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties by operation of the Court's electronic filing system.

      Respectfully submitted,

      */s/Carly Roman*
      Carly Roman

Daniel A. Edelman
Tara L. Goodwin
Carly M. Roman
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:
courtecl@edcombs.com